UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                         CRIMINAL ACTION NO. 3:11CR-116-03-S

CASEY FRAKES                                                          DEFENDANT

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin (DN 75), the plea of guilty by the Defendant as to Counts 1 and 2 in the Indictment is hereby accepted, and the Defendant is adjudged guilty of such offense.

**Sentencing is hereby scheduled for Friday, May 25, 2012, at 1:30 p.m.**, in Louisville, Kentucky, before Charles R. Simpson, III, Judge, United States District Court.

Dated: April 5, 2012

**Charles R. Simpson III, Judge
United States District Court**

Copies to:
United States Attorney
United States Probation
Counsel of Record