UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

vs.                                      **CRIMINAL ACTION NO. 3:11CR-116-04-S**

**DANIEL FRAKES**                                                 **DEFENDANT**

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin (DN 76), the plea of guilty by the Defendant as to Counts 1 and 2 in the Indictment is hereby accepted, and the Defendant is adjudged guilty of such offense.

**Sentencing is hereby scheduled for Friday, May 25, 2012, at 1:30 p.m.**, in Louisville, Kentucky, before Charles R. Simpson, III, Judge, United States District Court.

Dated: April 5, 2012

**Charles R. Simpson III, Judge
United States District Court**

Copies to:
United States Attorney
United States Probation
Counsel of Record